PROB 12B
(7/93)

Report Date: May 29, 2009

# United States District Court

## for the

## Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

**JUN 02 2009**

**JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON**

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Raul Francisco Segura        Case Number: 2:99CR02005-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 6/21/2001            Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled Substance, Methamphetamine, 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2; Distribution of a Controlled Substance, Marijuana, 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

Date Supervision Commenced: 9/17/2007

Original Sentence: Prison - 95 Months; TSR - 48 Months

Date Supervision Expires: 9/16/2011

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    You shall complete an 8-hour alcohol and drug education class as directed by the supervising probation officer.

17    You shall participate in the home confinement program for 30 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence every day from 8:00 p.m. to 6:00 a.m. as directed by the supervising probation officer.

## CAUSE

On May 8, 2009, a criminal records check was conducted on the defendant, which revealed an arrest for disorderly conduct on August 31, 2008, Sunnyside Municipal Court case number 68114. The defendant admitted the violation, but indicated he did not report it to this officer because he thought the matter had been dismissed. According to court records the defendant's $150 bail was forfeited on October 9, 2009, and the case was subsequently closed. An incident report from the Sunnyside Police Department, case number 08-9013, indicates the defendant was involved in a bar fight with several individuals. The report states the defendant was with a convicted felon who is on Federal supervision, and that they both appeared to be intoxicated. All suspects were arrested and charged with disorderly conduct. Mr. Segura acknowledged defending himself during the bar fight and admitted to consuming alcohol, but denied being intoxicated. He advised he regrets having been there that night and related it would not happen again.

Prob 12B
Re: Segura, Raul Francisco
May 29, 2009
Page 2

Based on the above information this officer respectfully recommends the defendant's conditions of supervised release be modified as noted in this petition. Attached is a waiver signed by the defendant agreeing to the modifications of his supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/29/09

Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

6/1/09
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modifications of my Conditions of Probation and Supervised Release, or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

16    You shall complete an 8-hour alcohol and drug education class as directed by the supervising probation officer.

17    You shall participate in the home confinement program for 30 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence every day from 8:00 p.m. to 6:00 a.m. as directed by the supervising probation officer.

Witness: _____  Signed: _____
                Jose Vargas                          Raul Francisco Segura
        U.S. Probation Officer              Probationer or Supervised Releasee

May 29, 2009
Date